United States District Court of
Eastern District of California

Rod W. Ireland )
    )
vs. )
Solano County )
Sheriff Et. al. )

FILED
APR 23 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

No. 208-CV-02102-RCF

Plaintiffs request for reconsideration of in forma pauperis Petition under special circumstances.

1.

On April 7, 09 an order denying Plaintiffs in forma pauperis petition was entered because of a trust account statement submitted that did not show the six month period immediately preceeding the filing of the complaint.

2.

The court states that the inmate account statement is for the period of January 1, 1990 through September 19, 2008. Plaintiff would point out to the court that the inmate account statement can only be done by an authorized officer of the institution and that officer is required to certify that the account statement is true.

1  On January 1, 1990, Plaintiff was a minor
2  and not subjected to that Authorized officers
   ability to Certify an inmate account
3  Statement at the Solano County Jail.

4.

4
5  Plaintiff further states that the Authorized
   officer could not have certified an inmate
6  account statement for the month of January
   1, 1990 through August 10, 2008 because
7  Plaintiff was not in the custody of the
   Solano County Jail.
8

5.

9
10 Plaintiff was arrested and incarcerated
   in the Solano County Jail on August 11, 2008,
11 and was a victim of abuse of excessive
   force by County Jail Deputies on August 14, 08,
12 and again on September 8, 08. Plaintiff
   filed a civil rights complaint as a result
13 of that abuse on Oct 6, 08, therefor the
   Authorized officer of that institution could
14 only have certified an inmate account
   statement for the month of August 11, 08
15 through October 6, 08
16

6.

17
18 Plaintiff could not have submitted an
   inmate account statement for six
19 month period immediately preceeding
   the filing of the complaint because
20 Plaintiff was only in custody for fourty
21 four days before filing the complaint.

7.

22
23 Plaintiff would also point out to the
   Court that the date on Plaintiffs complaint
24 is Oct. 6, 08 and was filed with the court
   on Oct. 8, 08 and entered into the Docket
25 text on Oct. 9, 08. Plaintiff would ask the
   Court to please clarify how the court
26 Entered the date of Oct. 4, 08 as the
27 Date of filing.

28

Plaintiff would request the courts assistance and to clarify the proper procedure for requesting in forma pauperis status for a prisoner who files a petition, but is unable to file a certified trust account statement for the six months immediately preceding the filing of the complaint when that prisoner has not yet been incarcerated for the required six months.

9.

The court states that if within 30 days from the date of the order, Plaintiff submits a new, completed application to proceed in forma pauperis, including a certified copy of the trust account statement showing funds for the period of April 4, 08, through October 4, 08, the court will grant the petition. This is impossible to do because for one - Plaintiff was not in custody of the Solano County Jail from April 4, 08 through August 10, 08, and two - Plaintiff is no longer in custody at the Solano County Jail, but is instead at North Kern State Prison, and the only way for Plaintiff to get a trust account statement for the month of August 11, 08 through October 6, 08, the time Plaintiff was in custody immediately preceding the filing of the complaint is by an order of the court to the Sheriffs department of Solano County.

10.

In light of the situation, it would seem to be an unfair prejudice to the

Plaintiff to be denied a petition for in forma pauperis because of a period of time that he was not in custody, as well as a trust account statement falsely certified by an officer of the institution in a likely attempt to hinder or delay plaintiffs attempt to initiate and maintain a lawsuit against fellow deputies.

11.

Plaintiff would ask the courts understanding and assistance in granting the following application and affidavit for leave to proceed to prosecute and defend action in forma pauperis.

12.

Plaintiff is proceeding pro se and working diligently to prosecute and to defend his civil rights, and is aware and understands that if at any time the court becomes aware of any false information given about his indigency the complaint can and will be dismissed and the plaintiff subjects himself to sanctions by the court.

13.

In support of my request for reconsideration of in forma pauperis application, I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

Subscribed and sworn to before me on this 16 day of April, 2009.

in Pro Per

_Rod Ireland_
Plaintiff

United States District C[ourt]
Eastern District of California

Rod W. Ireland )
Plaintiff )
 )
V. )
 ) Case no. 208-CV-02102-RCF
Solano County )
Sheriff Et. al )
Defendant )
 )

Proof of Service

I hereby certify that on April 17, 2009, I served a copy of the attached Plaintiffs request for reconsideration of in forma Pauperis Petition under special circumstances, and an application and affidavit for leave to prosecute and defend action in forma Pauperis, 28 USCA 1915, by placing a copy in a postage paid envelope addressed to the United States District Court Eastern District of California hereinafter listed, by depositing said envelope in the United States mail at North Kern State Prison, Delano, California.

I declare under penalty of perjury that the foregoing is true and correct.

*Scott R. Hinton*  4-17-09
SCOTT R. HINTON