United States District Court
Eastern District of CA.

Rod Ireland,
P-27447
N.K.S.P. C-W52
Po Box 5004
Delano, CA 93216
         v.
Solano County
Sheriff et al.

NO. 208-CV-02102-RCF

FILED

MAY -7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Circuit Judge Raymond C. Fisher.

Your honor,

I am trying my best to follow all rules of court and Procedures for civil law, but am having troubles wherever I turn. Your Order on 4-7-09 Denying my IFP Application because of the account Statement Supplied by the county Jail is the Second time my IFP has been denied for this complaint. How can I supply an account statement for

6 months immediately preceeding the filing of the complaint when I wasnt even in jail for six months? And the certificate section of the IFP application has false information. How can the officer certify an account statement for times that I wasnt even incarcerated, and also for times that I was a minor? I dont understand that part. two times now the Solano County Jail has supplied incomplete forms and false information in, on and for this particular complaint. Since the incident that caused my injuries occured, the County Jail Deputies have been interfering with my ability to initiate and maintain my complaint against the Deputies. Ive had Legal materials taken without consent and forwarded to the Sheriff in an attempt to notify him of pending litigation,

also had sections of my legal work sent for copies taken and replaced with copies, this being I believe an attempt to delay filing because originals are mandatory to file your complaints. I have numerous grievances filed all the way to exhaustion on this subject. I also filed claims with the county that was denied. The Solano County Sheriff finally sent a County Jail Sargeant to interview me in a secret tape recorded meeting about my claims and allegations. I have letters from the Solano county counsel stated that because of my on going litigation he is barred from speaking with me on more specific terms. The same deputy named in this complaint, Deputy Grapentine abused me again causing injury – and I filed another 1983 complaint naming the county, the Sheriff, the facility commander and the

received different attorneys, and them I have a medical suit because of indifference to my serious medical needs, as a direct result of the deputies actions. I filed a notice of related case but never received any confirmation on the matter. My other cases that are directly related to this one are as follows:

Rod Ireland V. ~~Solano~~ County of Solano Et al no. 208-CV-02535-AHS

Rod Ireland V. Solano County Jail medical, Doctor Ravinder Kadevari 208-CV-02707-LRS.

Please Judge fisher, dont dismiss my case and IFP Application, And I really do need an attorney. Im certain that if given the chance to present my cases together with an attorneys help, or at least in proper and looked at in light most favorable to the plaintiff

1. I can present a case that
2. leaves no doubt I am entitled
3. to redress for civil rights violations.
4. 
5. 5-2-09                    Rod Ireland
6. 
7. 
8. 
9. 
10. 
11. I declare under penalty of
12. Perjury that the foregoing is
13. true and correct.
14. 
15. 5-2-09                    Rod Ireland
16.                           Rod Ireland.