United States District Court
Eastern District of California

Rod Ireland

v.

Solano County Sheriff et al

FILED
SEP 16 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

#208-CV-2102 RCF

Clerk of the Court,

Im writing because I am concerned about not receiving any information on my case after filing a new IFP Application as ordered by Circuit Judge Raymond C. Fisher on 4-7-09.

Also, I never received confirmation by the court of my notice of change of address. Could the court please send me a confirmation and a case activity report?

Please and thank you,

Rod Ireland P-27447
California Correctional
Institution unit II
Dorm 5-22L
PO Box 608
Tehachapi, CA. 93581