UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROD W. IRELAND,

    Plaintiff,

v.

SOLANO COUNTY SHERIFF, *et al.*,

    Defendants.

No. 2:08-CV-2102-RCF

ORDER CLOSING CASE

### ORDER CLOSING CASE

Plaintiff Rod W. Ireland is a pro se plaintiff. In an order entered September 16, 2009, the Court dismissed Ireland's second amended complaint without prejudice. The Court granted Ireland 30 days to file a third amended complaint asserting cognizable claims for relief. Thirty days have elapsed, and Ireland has not filed a third amended complaint. The Clerk of the Court is hereby ordered to close this case.

DATED: October 26, 2009

/s/ Raymond C. Fisher
Raymond C. Fisher,
United States Circuit Judge
Sitting by Designation